**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rotary Airlock, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** |
| | Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4328662** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1104 E. 17th St.** <br> **Rock Falls, IL 61071** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Whiteside** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Rotary Airlock, LLC**                                        Case number (*if known*) _____
          Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor   **Rotary Airlock, LLC** _____   Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____  When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Rotary Airlock, LLC**                                          Case number (*if known*) _____
   Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2026**
　　　　　　　　 MM / DD / YYYY

**X** **/s/ Benjamin Hilty**                                   **Benjamin Hilty**
　　 Signature of authorized representative of debtor           Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ David K. Welch**                      Date **May 20, 2026**
　　 Signature of attorney for debtor                     MM / DD / YYYY

**David K. Welch 06183621**
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
Firm name

**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone   **312-840-7122**      Email address   **dwelch@burkelaw.com**

**06183621 IL**
Bar number and State

Debtor   **Rotary Airlock, LLC**
_____    Case number (*if known*) _____
Name

▮▮▮   **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2026**
                     MM / DD / YYYY

X _____          **Benjamin Hilty**
Signature of authorized representative of debtor      _____
                                                       Printed name

Title   **President**

**18. Signature of attorney**   X _____   Date   **May 20, 2026**
Signature of attorney for debtor                                                       MM / DD / YYYY

**David K. Welch 06183621**
_____
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
_____
Firm name

**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
_____
Number, Street, City, State & ZIP Code

Contact phone   **312-840-7122**       Email address   **dwelch@burkelaw.com**

**06183621 IL**
_____
Bar number and State

Debtor   **Rotary Airlock, LLC**
_____   Case number (*if known*) _____
Name

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on   **May 20, 2026**
MM / DD / YYYY

X _____   **Benjamin Hilty**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X _____   Date  **May 20, 2026**
Signature of attorney for debtor   MM / DD / YYYY

**David K. Welch 06183621**
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
Firm name

**330 N. Wabash
21st Floor
Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone   **312-840-7122**   Email address   **dwelch@burkelaw.com**

**06183621 IL**
Bar number and State

---

Fill in this information to identify the case:

Debtor name     **Rotary Airlock, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2026**           X _____
                                          Signature of individual signing on behalf of debtor

                                          **Benjamin Hilty**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rotary Airlock, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1 Beltway LLC 409 W. 11th Street Sterling, IL 61081** | | | | | | **$69,992.03** |
| **301 W 3rd Street Sterling Ind. LLC c/o Parkland Hall @ Old Parkland 3889 Maple Ave., Ste 500 Dallas, TX 75219** | | | | | | **$16,292.52** |
| **A1 AB LLC 301 W. 3rd Street Sterling, IL 61081** | | | | | | **$35,934.11** |
| **Airgas North Central PO Box 734445 Chicago, IL 60673** | | | | | | **$93,020.79** |
| **Airo Steel Corporation 24876 Network Place Chicago, IL 60673** | | | | | | **$218,559.81** |
| **App Extremes LLC dba Conga PO Box 7839 Broomfield, CO 80021** | | | | | | **$27,367.53** |
| **Bales Mold Service 2824 Hitchcock Ave. Downers Grove, IL 60515** | | | | | | **$16,737.15** |
| **Bearing Distributors PO Box 74493 Cleveland, OH 44194** | | | | | | **$104,910.84** |
| **Blue Cross Blue Shield PO Box 650615 Dallas, TX 75265-0615** | | | | | | **$83,223.48** |

Debtor   **Rotary Airlock, LLC**                                                     Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Capital One Bank PO Box 6492 Carol Stream, IL 60197** | | | | | | **$65,232.40** |
| **Encova Insurance PO Box 11285 Charleston, WV 25339-1285** | | | | | | **$19,184.70** |
| **JIE Drives 279 Madsen Drive Suite 101 Bloomingdale, IL 60108** | | | | | | **$39,631.35** |
| **Loescher Heating & Air Conditioning 1860 South Walnut Ave. Freeport, IL 61032** | | | | | | **$87,740.85** |
| **Malloy Electric 809 W. Russell Ave. Sioux Falls, SD 57104-1360** | | | | | | **$13,089.76** |
| **MasterCard Card Service Center PO Box 569100 Dallas, TX 75356** | | | | | | **$51,072.48** |
| **MSC Industrial Supply Co. PO Box 953635 Saint Louis, MO 63195-3635** | | | | | | **$124,025.00** |
| **Nord Gear Corporation 29287 Network Place Chicago, IL 60673** | | | | | | **$15,692.44** |
| **Reparex Fabricated Systems Inc. 5058 Center Drive Latrobe, PA 15650** | | | | | | **$19,863.00** |
| **United Electric 1412 W. Route 30 Rock Falls, IL 61071** | | | | | | **$82,343.93** |
| **Universal Traffic Service PO Box 888470 Grand Rapids, MI 49588-8470** | | | | | | **$79,348.16** |

1 Beltway LLC
409 W. 11th Street
Sterling, IL 61081


301 W 3rd Street Sterling Ind. LLC
c/o Parkland Hall @ Old Parkland
3889 Maple Ave., Ste 500
Dallas, TX 75219


A1 AB LLC
301 W. 3rd Street
Sterling, IL 61081


Advanced Tooling Inc.
PO Box 218
Mount Calvary, WI 53057


AIMS Mechanical LLC
1881 Industrial Drive
Sterling, IL 61081


Airgas North Central
PO Box 734445
Chicago, IL 60673


Airo Steel Corporation
24876 Network Place
Chicago, IL 60673


Ally Financial
PO Box 9001948
Louisville, KY 40290-1948


Alpha Industries Inc.
3650 N. 126th Street
Brookfield, WI 53005


Amazon Business
PO Box 035184
Seattle, WA 98124-5184

Amur
PO Box 2555
Grand Island, NE 68801-1000

App Extremes LLC dba Conga
PO Box 7839
Broomfield, CO 80021

Arco Machinery Movers
545 Blackhawk Place Ave.
Rockford, IL 61104

Backd/Austin Business Finance
1949 S. I-35 Frontage Rd.
Austin, TX 78741

Bales Mold Service
2824 Hitchcock Ave.
Downers Grove, IL 60515

Bearing Distributors
PO Box 74493
Cleveland, OH 44194

Blue Cross Blue Shield
PO Box 650615
Dallas, TX 75265-0615

Boedeker
904 West 6th Street
Shiner, TX 77984

BOS Machine Tool Services Inc.
PO Box 96
Hillsdale, IL 61257

Burger Brothers
PO Box 107
Rock Falls, IL 61071

Burwell Material Handling
PO Box 851688
Minneapolis, MN 55485-1688

Byline Financial Group
2801 Lakeside Dr., Suite 212
Bannockburn, IL 60015-1849


C&N Supply LLC
PO Box 77
1546 IL Rt 26
Dixon, IL 61021


Candlelight Inn Inc.
2907 Locust St.
Sterling, IL 61081


Capital One Bank
PO Box 6492
Carol Stream, IL 60197


Central Bank
2928 E. Lincolnway
Sterling, IL 61081


CGF, Inc.
317 Peoples Ave.
Rockford, IL 61104


CGH Medical Center
PO Box 802742
Kansas City, MO 64180-2742


Chester Hilty
729 Heights Rd.
Dixon, IL 61021


Core Funding Source
49 Front St., Suite 6
Rockville Centre, NY 11570


Davis Gisi
10930 Hoover Rd.
Rock Falls, IL 61071

DefendEdge
505 West Grand Ave.
Elmhurst, IL 60126


Dext Capital
5500 Meadows Rd., Suite 300
Lake Oswego, OR 97035


Diamond Tool & Abrasives, Inc.
PO Box 719025
Chicago, IL 60677-7025


Electro-Max, Inc.
105 N. Rowell Rd.
Hampshire, IL 60140


En Od Capital
1202 Avenue U, Ste 1115
Brooklyn, NY 11229


Encova Insurance
PO Box 11285
Charleston, WV 25339-1285


Engs Commercial Finance
One Pierce Place, Suite 1100 West
Itasca, IL 60143


Finishing RX
1901 N. Roselle Rd.
Suite 860
Schaumburg, IL 60195


Fischer Sawmill
27274 2750 E. Street
La Moille, IL 61330


Ford Credit
PO Box 650575
Dallas, TX 75265-0575

Fortune International Inc.
56 Veronica Ave.
Somerset, NJ 08873


Fyr Fyter
225 N. Lincoln Ave.
Dixon, IL 61021


GE/Ricoh - Wells Fargo Vendor
Financial Services, LLC
PO Box 650016
Dallas, TX 75265-0016


Grummert's True Value
1112 1st Ave.
Rock Falls, IL 61071


Guardian
PO Box 677458
Dallas, TX 75267-7458


Highland Capital Corp.
370 Pascack Rd.
Township of Washington, NJ 07676


Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579


Home Trust Bank
PO Box 10
Asheville, NC 28802


Hotsy Equipment Repair & Maintance
17 West Peru St.
Princeton, IL 61356


JCM Services LLC
905 N. Main St.
Sigourney, IA 52591

JIE Drives
279 Madsen Drive
Suite 101
Bloomingdale, IL 60108


Ken Nelson
1000 N. Galena Ave.
Dixon, IL 61021


Kent Rubber Supply
PO Box 9348
Grand Rapids, MI 49509


Leaf
PO Box 5066
Hartford, CT 06102-5066


Lease Consultants
10719 Justin Dr.
Urbandale, IA 50322


Litefund
99 Wall St., Ste 2613
New York, NY 10005


Livingston International Inbound
PO Box 7410166
Chicago, IL 60674-0166


Loescher Heating & Air Conditioning
1860 South Walnut Ave.
Freeport, IL 61032


M5 Industries LLC
407 E. 7th Street
Rock Falls, IL 61071


MAC Funding
85 Northwest Point Blvd.
Elk Grove Village, IL 60007

Machinery Systems Inc.
614 East State Parkway
Schaumburg, IL 60173


Madison Group
261 Madison Ave.
New York, NY 10016


Malloy Electric
809 W. Russell Ave.
Sioux Falls, SD 57104-1360


MasterCard
Card Service Center
PO Box 569100
Dallas, TX 75356


Matthew Hilty
409 West 11th Street
Sterling, IL 61081


MC Machinery Systems Inc.
Dept CH 10800
Palatine, IL 60055-0800


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Midwest Commercial Wholesale
& Auctions, Inc.
301 W. 3rd Street
Sterling, IL 61081


Midwest Thermal Spray
23164 Commerce Dr.
Farmington, MI 48335


MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195-3635

Navitas Credit Corp.
203 Forth Wade Rd., Suite 300
Ponte Vedra, FL 32081


New Standard Power Transmission
2145 S. Milliken Ave.
Ontario, CA 91761


Nord Gear Corporation
29287 Network Place
Chicago, IL 60673


North Mill Equipment Finance
aka Midland Equipment Finance
PO Box 24245
Seattle, WA 98124-0245


OTA-PlatePay
PO Box 248935
Oklahoma City, OK 73124-8935


Pallet Recovery Inc.
17725 Chase Road
Fulton, IL 61252


Penn Stainless Products
PO Box 9001
Quakertown, PA 18951


Pest Control Consultants
121 E. 1st Street
Dixon, IL 61021


Pitney Bowes Global Financial
PO Box 981022
Boston, MA 02298-1022


Primo Brands
Blue Triton Brands, Inc.
PO Box 856680
Louisville, KY 40285-6680

Reilly, McDevitt and Henrich PC
3 Executive Campus, Suite 310
Cherry Hill, NJ 08002


Reparex Fabricated Systems Inc.
5058 Center Drive
Latrobe, PA 15650


Ricoh USA
70 Valley Stream Parkway
Malvern, PA 19355


Ricoh USA
PO Box 802815
Chicago, IL 60680-2815


Ring Central Inc.
PO Box 734232
Dallas, TX 75373-4232


Sievert Electric Services & Sales
1230 South Hannah Ave.
Forest Park, IL 60130


Small Business Administration
409 3rd St. SW
Washington, DC 20416


Sterling Steel Warehouse Inc.
PO Box 151
Rock Falls, IL 61071


Tip Top Capital/TVT Capital Source
395 S. Main St., Suite 201
Alpine, UT 84004


Tower Equipment Corp North
800 E. Route 30
Rock Falls, IL 61071


United Craftsmen
1500 West 4th St.
Sterling, IL 61081

United Electric
1412 W. Route 30
Rock Falls, IL 61071


Universal Traffic Service
PO Box 888470
Grand Rapids, MI 49588-8470


US Cellular
Dept 0205
Palatine, IL 60055-0205


Ward Murray Pace & Johnson PC
PO Box 404
Dixon, IL 61021


Weldsale
2151 Dreer St.
Philadelphia, PA 19125


Wells Fargo Bank, NA
Equipment & Vendor Finance
800 Walnut St., 4th FL
Des Moines, IA 50309


Wells Fargo Equipment Finance
800 Walnut St., 4th FL
Des Moines, IA 50309


Whiteside County Collector
200 E. Knox St.
Morrison, IL 61270-3189


Whiteside County Health Department
1300 West Second St.
Rock Falls, IL 61071


Willett Hofmann & Associates Inc.
809 East 2nd St.
Dixon, IL 61021

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Rotary Airlock, LLC**
_____
                                    Debtor(s)

Case No. _____
Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Rotary Airlock, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:
**Rotary LLC Properties**

☐ None [*Check if applicable*]

**May 20, 2026**
_____
Date

_____
David K. Welch 06183621
Signature of Attorney or Litigant
Counsel for    **Rotary Airlock, LLC**
**Burke, Warren, MacKay & Serritella, P.C.**
**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
**312-840-7122**
**dwelch@burkelaw.com**