**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

IN RE: )
 )  No. 26-80841
ROTARY AIRLOCK, LLC, )  Chapter 11
 )  Hon. Thomas M. Lynch
  *Debtor/Debtor-in-Possession*. )
_____ )

**NOTICE OF FINAL HEARING ON DEBTOR'S MOTION FOR
AUTHORITY TO OBTAIN POST-PETITION SECURED FINANCING, TO USE
CASH COLLATERAL AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that a Final Hearing on the Motion of ROTARY AIRLOCK,

LLC, Debtor and Debtor in Possession herein, for Authority to Obtain Post-Petition Financing, to

Use Cash Collateral and For Related Relief (*docket #3*) is scheduled before the Honorable Thomas

M. Lynch, 327 South Church Street, Rockford, Illinois, courtroom 3100, for **July 8, 2026 at 11:00**

**a.m.** Objections, if any, shall be in writing and filed with the Clerk of the Bankruptcy Court by the

close of business on **July 1, 2026**. Copies of any such objections shall be properly served upon

the following as well as any and all Counsel having filed appearances in this Chapter 11 case:

David K. Welch, Esq.                    Douglas R. Lindstrom, Jr., Esq.
dwelch@burkelaw.com                     Lane & Waterman
Burke, Warren MacKay                    220 North Main Street
& Serritella, P.C.                      Suite 600
333 N. Wabash, 21st Fl.                 Davenport, Iowa 52801
Chicago, IL 60611                       dlindstrom@l-wlaw.com

Brian P. Thill
U.S. Department of Justice
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
Brian.P.Thill@usdoj.gov

20851\00001\4916-0509-2016.v1

Attached to this Notice of Final Hearing as **Exhibit A** is a copy of the Interim Order Authorizing Interim Post-Petition Secured Financing, Use of Cash Collateral and Grating Related Relief entered by the Bankruptcy Court on May 27, 2026 (*docket #24*).

Date: June 2, 2026

**DEBTORS' COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
dwelch@burkelaw.com
Brian P. Welch, Esq. (Atty. No. 06307292)
bwelch@burkelaw.com
Madeleine J. Coate, Esq. (Atty. No. 6345291)
mcoate@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 21st Floor
Chicago, Illinois 60611
(312) 840-7000

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    26-80841 |
| ROTARY AIRLOCK, LLC, | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

## INTERIM ORDER AUTHORIZING INTERIM POST-PETITION SECURED FINANCING, USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of ROTARY AIRLOCK, LLC, Debtor and Debtor-in-Possession herein, For Authority to Obtain Post-Petition Secured Financing, to Use Cash Collateral and For Related Relief pursuant to Sections 363 and 364 of the Bankruptcy Code (the "Motion"); proper notice as required by Rules 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's authorization to obtain post-petition secured financing and to use cash collateral to cover the expenditures set forth on Exhibit A to this Order (the "Budget") is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A)   The Debtor is authorized to obtain post-petition secured financing from Central Bank, Illinois ("Central Bank"), the United States Small Business Administration (the "SBA") and Austin Business Finance, LLC, TVT Capital Source, LLC, Madison Group, EN OD Capital, Litefund Solutions, LLC and Core Funding, Source, LLC (the "Merchant Lenders" and, collectively, with Central Bank and the SBA,the "Secured Lenders") and to use cash collateral on an interim basis during the period May 27, 2026, through _____, 2026 (the "Budget Period"), to the extent set forth on Exhibit A attached hereto;

B)   During the Budget Period and pending a final hearing on the Motion, the Debtor is authorized to obtain post-petition secured financing from Central Bank pursuant to the terms and conditions of the existing pre-petition loan documents (the "Line of Credit") with Central Bank (as such Line of Credit is described in the Motion) to cover the expenditures set forth on the Budget attached to this Order as Exhibit A (the "Advances");

C)   All account debtors and customers owing any money to the Debtor are authorized and directed to pay such amounts directly to the Debtor until further Order of this Court;

D)   Central Bank's pre-petition loan documents shall be in full force and effect and are incorporated into this Order including the right to sweep all funds on deposit in the Debtor's bank account at Central Bank, apply the proceeds thereof to the Central Bank indebtedness and then lend funds to the Debtor pursuant to the borrowing base formula in the same manner as done between the Debtor and Central Bank prior to the filing of this Chapter 11 case. Additionally, Central Bank has agreed to the following modified and additional terms to such loan documents:

1) The maximum amount of the Central Bank line of Credit (as that term is defined in the Motion) is increased from $7,000,000.00 to $8,000,000.00 with all accounts receivable being included in the borrowing base;

2) The borrowing base formula and calculation will be re-evaluated by Central Bank at the maturity of the Central Bank Line of Credit;

3) The Debtor will submit weekly borrowing base certificates to Central Bank commencing in the week following the entry of this Order;

4) Central Bank shall make a new secured loan of $250,000.00 to the Debtor upon the entry of this Order secured by all assets of the Debtor (the "New Term Loan");

5) The New Term Loan and the Central Bank Line of Credit shall bear interest at the fixed rate of 7.5%, shall have a term of 6 months, shall require the Debtor to make monthly interest payments and shall be guaranteed by the existing guarantors; and

6) The Debtor shall pay a $15,000.00 loan origination fee and the reasonable attorneys' fees of Central Bank's Counsel for the modification of the Central Bank Line of Credit and the New Term Loan with payment thereof to be within 13 weeks of the entry of this Order.

E)    In return for the Debtor's authorization to obtain post-petition secured financing, and to use of cash collateral on an interim basis during the Budget Period, the Secured Lenders are  granted the following adequate protection for their secured interests in property of the Debtor:

1.    The Debtor will permit the Secured Lenders to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2.    The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage and shall maintain the Secured Lenders as additional insured parties on all policies;

3.    The Debtor shall, upon reasonable request, make available to the Secured Lenders evidence of that which constitutes their collateral or proceeds;

4.    The Debtor will properly maintain its assets in good repair and properly manage its business;

5.    To secure the advances under the Central Bank Line of Credit and the New Term Loan hereunder and as adequate protection for and to protect Central Bank against any diminution in the value of the pre-petition Collateral, Debtor also grants, pursuant to Section 364(c)(2) and 364(c)(3) of the Bankruptcy Code, a first lien on the Debtor's personal property of any kind and nature whatsoever, whether now owned or hereafter acquired by the Debtor, and all proceeds, rents or profits thereof, including all of the pre-petition Collateral and any unused or unearned deposits, or prepaid items, subject to all existing, valid prior liens (collectively, the "DIP Collateral");

6.    The Secured Lenders shall be granted valid, perfected, enforceable security interests in and to the Debtor's post-petition assets, including all proceeds and products which are now or hereafter become property of this estate to the extent and priority of their alleged pre-petition liens, to the extent

Rev: 20170105_bko

of the validity thereof and to the extent that the value of the Debor's assets supports such liens;

   7.   The Debtor shall comply with all covenants and maintain all formulas contained in the pre-petition Loan Documents.

   F)   The Debtor is authorized to pay the expenditures on Exhibit A attached hereto plus no more than 10% of the total proposed expense payments, unless otherwise agreed by Central Bank or upon further Order of this Court;

   G)   Any expenses that are budgeted by the Debtor for payment in one week but are not paid in such week shall be carried over for payment in subsequent weeks; and

   H)   A hearing on the Motion is scheduled before this Court on July 8, 2026, at 11:00 a.m. The Debtor shall serve a copy of this Interim Order upon all creditors holding secured interests in cash collateral, the Office of the United States Trustee, the 20 largest unsecured creditors and any attorney having filed an appearance in this case, not less than 14 days prior to the final hearing on the Motion. Objections, if any, to the Motion shall be in writing and filed with Clerk of this Court with copies thereof served upon Debtor's Counsel, Central Bank's Counsel (Douglas R. Lindstrom Jr., Lane & Waterman LLP, 220 North Main Street, Suite 600, Davenport, Iowa 52801); and

   I)   Notice of the interim hearing on this Motion is adequate under the circumstances of this Case.

Enter:

Honorable Thomas M. Lynch

United States Bankruptcy Judge

Dated: 5/27/2026

**Prepared by:**

DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
dwelch@burkelaw.com
Brian P. Welch, Esq. (Atty. No. 6307292)
bwelch@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | )    No. 26-80841 |
| ROTARY AIRLOCK, LLC, | )    Chapter 11 |
| | )    Hon. Thomas M. Lynch |
|      *Debtor/Debtor-in-Possession.* | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, David K. Welch

<u>X</u> – an attorney, certify

    -or-

__ - a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I caused a copy of foregoing **Notice of Final Hearing on Debtor's Motion For Authority to Obtain Post-Petition Secured Financing, To Use Cash Collateral and For Related Relief** to be served on all the parties listed on the attached service list via U.S. Mail, properly addressed, postage prepaid, on this 2nd day of June 2026.

                              */s/David K. Welch*

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
dwelch@burkelaw.com
Brian P. Welch, Esq. (Atty. No. 6307292)
bwelch@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100, Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

20851\00001\4916-0509-2016.v1

## SERVICE LIST

Brian P. Thill
U.S. Department of Justice
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
***Via U.S. Mail***

Douglas R. Lindstrom, Jr.
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801
***Via U.S. Mail***

Ally Bank Department
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
***Via U.S. Mail***

Ford Motor Credit Company LLC Dept.
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
***Via U.S. Mail***

US Small Business Administration
409 3rd Street SW
Washington, D.C. 20416
Attn: James E. Rivera, Associate
Administrator
***Via U.S. Mail***

Airgas North Central
Attn: Legal Dept.
911 US 30
Rock Falls, IL 61071
***Via U.S. Mail***

App Extremes, LLC d/b/a Conga
3001 Bishop Drive, Suite 30
San Ramon, CA 94583
Attn: Legal Dept.
***Via U.S. Mail***

Bearing Distributers
25 S. 6th Street
Princeton, IL 61356
Attn: Legal Dept.
***Via U.S. Mail***

Blue Cross/Blue Shield
300 E. Randolph St.
Chicago, IL 60601
Attn: Corporate Legal Dept.
***Via U.S. Mail***

Capital One Bank
1680 Capital One Drive
McLean, VA 22102-3491
***Via U.S. Mail***

Encova Insurance
471 east Broad Street
Columbus, Ohio 43215
Attn: Legal Dept.
***Via U.S. Mail***

MasterCard
2000 Purchase Street
Purchase, NY 10577
Attn: Legal Dept.
***Via U.S. Mail***

MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747-3151
Attn: Legal Dept.
***Via U.S. Mail***

Universal Traffic Service
5500 International Parkway
Grand Rapids, Michigan 49512
Attn: Legal Dept.
***Via U.S. Mail***

TCT Capital Source, LLC
c/o Nathan D. Anderson, Esq.
Skoubye, Nielson, et al.
999 E. Murray Holladay Rd., Suite 200
Salt Lake City, Utah 84117
*Via U.S. Mail*

Austin Business Finance, LLC
c/o Ian Todd, Esq.
Sneed, Vine & Perry
200 West 6th Street, Suite 110
Georgetown, Texas 78626
*Via U.S. Mail*

Austin Business Finance, LLC
d/b/a Backd
4853 Williams Drive, Suite 111
Georgetown, Texas 78633
Attn: Chris Mundt
*Via U.S. Mail*

Litefund Solutions, LLC
c/o Yehuda Klein, Esq.
The Klein Law Firm, LLC
1820 Swarthmore Ave., Suite 714
Lakewood, New Jersey 0871
*Via U.S. Mail*

EN OD Capital
c/o Jack Madeb, Esq.
Madeb Law
1202 Avenue U, Suite 1287
Brooklyn, NY 11229
*Via U.S. Mail*

Core Funding Source
c/o Jack Madeb, Esq.
Madeb Law
1202 Avenue U, Suite 1287
Brooklyn, NY 11229
*Via U.S. Mail*

Central Bank
2928 E. Lincolnway
Sterling, IL 61081
*Via U.S. Mail*

Backd/Austin Business Finance LLC
1949 S. I-35 Frontage Rd.
Austin, TX 78741
*Via U.S. Mail*

Core Funding Source
49 Front St., Suite 6
Rockville Center, NY 11570
*Via U.S. Mail*

En Od Capital
1202 Avenue U, Ste 1115
Brooklyn, NY 11229
*Via U.S. Mail*

Litefund
99 Wall St., Ste 2613
New York, NY 10005
*Via U.S. Mail*

Madison Group
261 Madison Ave.
New York, NY 10016
*Via U.S. Mail*

Small Business Administration
409 3rd St. SW
Washington, DC 20416
*Via U.S. Mail*

Tip Top Capital/TVT Capital Source LLC
395 S. Main St., Suite 201
Alpine, UT 84004
*Via U.S. Mail*

1 Beltway LLC
409 W. 11th Street
Sterling, IL 61081
*Via U.S. Mail*

301 W 3rd Street Sterling Ind. LLC
c/o Parkland Hall @ Old Parkland
3889 Maple Ave., Ste 500
Dallas, TX 75219
*Via U.S. Mail*

20851\00001\4916-0509-2016.v1

Al AB LLC
301 W. 3rd Street
Sterling, IL 61081
*Via U.S. Mail*

Airgas North Central
PO Box 734445
Chicago, IL 60673
*Via U.S. Mail*

Airo Steel Corporation
24876 Network Place
Chicago, IL 60673
*Via U.S. Mail*

App Extremes LLC d/b/a Conga
PO Box 7839
Broomfield, CO 80021
*Via U.S. Mail*

Bales Mold Service
2824 Hitchcock Ave.
Downers Grove, IL 60515
*Via U.S. Mail*

Bearing Distributors
PO Box 74493
Cleveland, OH 44194
*Via U.S. Mail*

Blue Cross Blue Shield
PO Box 650615
Dallas, TX 75265-0615
*Via U.S. Mail*

Capital One Bank
PO Box 6492
Carol Stream, IL 60197
*Via U.S. Mail*

Encova Insurance
PO Box 11285
Charleston, WV 25339-1285
*Via U.S. Mail*

JIE Drives
279 Madsen Dr., Suite 101
Bloomingdale, IL 60108
*Via U.S. Mail*

Loescher Heating & Air Conditioning
1860 South Walnut Ave.
Freeport, IL 61032
*Via U.S. Mail*

Malloy Electric
809 W. Russell Ave.
Sioux Falls, SD 57104-1360
*Via U.S. Mail*

MasterCard
Card Service Center
PO Box 569100
Dallas, TX 75356
*Via U.S. Mail*

MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195-3635
*Via U.S. Mail*

Nord Gear Corporation
29287 Network Place
Chicago, IL 60673
*Via U.S. Mail*

Reparex Fabricated Systems Inc.
5058 Center Drive
Latrobe, PA 15650
*Via U.S. Mail*

United Electric
1412 W. Route 30
Rock Falls, IL 61071
*Via U.S. Mail*

Universal Traffic Service
PO Box 888470
Grand Rapids, MI 49588-8470
*Via U.S. Mail*

20851\00001\4916-0509-2016.v1

US Small Business Administration
409 3rd Street SW
Washington, D.C. 20416
Attn: James E. Rivera, Associate
Administrator
*Via U.S. Mail*

Airgas North Central 911 US 30
Rock Falls, IL 61071
Attn: Legal Dept.
*Via U.S. Mail*

App Extremes, LLC d/b/a Conga
3001 Bishop Drive, Suite 30
San Ramon, CA 94583
Attn: Legal Dept.
*Via U.S. Mail*

Bearing Distributers
25 S. 6th Street
Princeton, IL 61356
Attn: Legal Dept.
*Via U.S. Mail*

Blue Cross/Blue Shield
300 E. Randolph St.
Chicago, IL 60601
Attn: Corporate Legal Dept.
*Via U.S. Mail*

Capital One Bank
1680 Capital One Drive
McLean, VA 22102-3491
*Via U.S. Mail*

Encova Insurance
471 east Broad Street
Columbus, Ohio 43215
Attn: Legal Dept.
*Via U.S. Mail*

MasterCard
2000 Purchase Street
Purchase, NY 10577
Attn: Legal Dept.
*Via U.S. Mail*

MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747-3151
Attn: Legal Dept.
*Via U.S. Mail*

Universal Traffic Service
5500 International Parkway
Grand Rapids, Michigan 49512
Attn: Legal Dept.
*Via U.S. Mail*

TCT Capital Source, LLC
c/o Nathan D. Anderson, Esq.
Skoubye, Nielson, et al.
999 East Murray Holladay Rd.
Suite 200
Salt Lake City, Utah 84117
*Via U.S. Mail*

Austin Business Finance, LLC
c/o Ian Todd, Esq.
Sneed, Vine & Perry
200 West 6th Street, Suite 110
Georgetown, Texas 78626
*Via U.S. Mail*

Austin Business Finance, LLC
d/b/a Backd
4853 Williams Drive, Suite 111
Georgetown, Texas 78633
Attn: Chris Mundt
*Via U.S. Mail*

Litefund Solutions, LLC
c/o Yehuda Klein, Esq.
The Klein Law Firm, LLC
1820 Swarthmore Ave., Suite 714
Lakewood, New Jersey 0871
***Via U.S. Mail***

EN OD Capital
c/o Jack Madeb, Esq.
Madeb Law
1202 Avenue U, Suite 1287
Brooklyn, NY 11229
***Via U.S. Mail***

Core Funding Source
c/o Jack Madeb, Esq.
Madeb Law
1202 Avenue U, Suite 1287
Brooklyn, NY 11229
***Via U.S. Mail***

20851\00001\4916-0509-2016.v1