**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 26-80841 |
| ROTARY AIRLOCK, LLC, | ) | Chapter 11 |
| | ) | Hon. Thomas M. Lynch |
| *Debtor/Debtor-in-Possession*. | ) | |
| | ) | |

**NOTICE OF MOTION**

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 17th day of June, 2026 at 11:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Thomas M. Lynch, Bankruptcy Judge, or before any other Judge who may be sitting in his place, either in courtroom 3100 of the United States Courthouse, 327 South Church Street, Rockford, Illinois **or** electronically as described below, and present the **Motion for Employment of Financial Advisor**, a copy of which is attached hereto and herewith served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID. The meeting ID for this hearing is **160 291 5226**. Meeting password **852255**.

**To appear by telephone**, call Zoom for Government at (669) 254-5252 or (646) 828-7666. Then enter the meeting ID. The meeting ID for this hearing is **160 291 5226** Meeting password **852255**.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.

*/s/David K. Welch*

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
dwelch@burkelaw.com
Brian P. Welch, Esq. (Atty. No. 6307292)
bwelch@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100, Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

1

20851\00001\4929-8510-1235.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 26-80841 |
| ROTARY AIRLOCK, LLC, | ) | Chapter 11 |
| | ) | Hon. Thomas M. Lynch |
| *Debtor/Debtor-in-Possession.* | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing **Notice of Motion** and attached **Motion for Employment of Financial Advisor** to be served on all the parties listed on the attached service list via the Court's Electronic Filing System (ECF), to all entitled to receive such notice and regular U.S. Mail, properly addressed, postage pre-paid, on this 10th day of June 2026.

                                        */s/David K. Welch*

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
dwelch@burkelaw.com
Brian P. Welch, Esq. (Atty. No. 6307292)
bwelch@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100, Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

20851\00001\4929-8510-1235.v1

**SERVICE LIST**

Brian P. Thill
U.S. Department of Justice
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
***Via ECF***

Douglas R. Lindstrom, Jr.
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, Iowa 52801
***Via ECF***

W. Kent Carter
Gordon Rees Scully Mansukhani, LLP
One North Wacker, Suite 1600
Chicago, IL 60606
***Via ECF***

Shanna M. Kaminski
Kaminski Law, PLLC
PO Box 247
Grass Lake, MI 49240
***Via ECF***

AIS Portfolio Services, LLC
Attn: Ally Bank Department
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
***Via U.S. Mail***

AIS Portfolio Services, LLC
Ford Motor Credit Company LLC Dept.
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
***Via U.S. Mail***

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
Attn: Avi Schild
***Via U.S. Mail***

US Small Business Administration
409 3rd Street SW
Washington, D.C. 20416
Attn: James E. Rivera, Associate
Administrator
***Via U.S. Mail***

Airgas North Central
Attn: Legal Dept.,
911 US 30
Rock Falls, IL 61071
***Via U.S. Mail***

App Extremes, LLC d/b/a Conga
3001 Bishop Drive, Suite 30
San Ramon, CA 94583
Attn: Legal Dept.
***Via U.S. Mail***

Bearing Distributers
25 S. 6th Street
Princeton, IL 61356
Attn: Legal Dept.
***Via U.S. Mail***

Blue Cross/Blue Shield
300 E. Randolph St.
Chicago, IL 60601
Attn: Corporate Legal Dept.
***Via U.S. Mail***

Capital One Bank
1680 Capital One Drive
McLean, VA 22102-3491
***Via U.S. Mail***

Encova Insurance
471 east Broad Street
Columbus, Ohio 43215
Attn: Legal Dept.
***Via U.S. Mail***

3

20851\00001\4929-8510-1235.v1

MasterCard
2000 Purchase Street
Purchase, NY 10577
Attn: Legal Dept.
*Via U.S. Mail*

MSC Industrial Supply Co.
75 Maxess Road
Melville, NY 11747-3151
Attn: Legal Dept.
*Via U.S. Mail*

Universal Traffic Service
5500 International Parkway
Grand Rapids, Michigan 49512
Attn: Legal Dept.
*Via U.S. Mail*

TCT Capital Source, LLC
c/o Nathan D. Anderson, Esq.
Skoubye, Nielson, et al.
999 E. Murray Holladay Rd., Suite 200
Salt Lake City, Utah 84117
*Via U.S. Mail*

Austin Business Finance, LLC
c/o Ian Todd, Esq.
Sneed, Vine & Perry
200 West 6th Street, Suite 110
Georgetown, Texas 78626
*Via U.S. Mail*

Austin Business Finance, LLC
d/b/a Backd
4853 Williams Drive, Suite 111
Georgetown, Texas 78633
Attn: Chris Mundt
*Via U.S. Mail*

Litefund Solutions, LLC
c/o Yehuda Klein, Esq.
The Klein Law Firm, LLC
1820 Swarthmore Ave., Suite 714
Lakewood, New Jersey 0871
*Via U.S. Mail*

EN OD Capital
c/o Jack Madeb, Esq.
Madeb Law
1202 Avenue U, Suite 1287
Brooklyn, NY 11229
*Via U.S. Mail*

Core Funding Source
c/o Jack Madeb, Esq. Madeb Law
1202 Avenue U, Suite 1287
Brooklyn, NY 11229
*Via U.S. Mail*

Central Bank
2928 E. Lincolnway
Sterling, IL 61081
*Via U.S. Mail*

Backd/Austin Business Finance LLC
1949 S. I-35 Frontage Rd.
Austin, TX 78741
*Via U.S. Mail*

Core Funding Source
49 Front St., Suite 6
Rockville Center, NY 11570
*Via U.S. Mail*

Litefund
99 Wall St., Ste 2613
New York, NY 10005
*Via U.S. Mail*

Madison Group
261 Madison Ave.
New York, NY 10016
*Via U.S. Mail*

Tip Top Capital/TVT Capital Source LLC
395 S. Main St., Suite 201
Alpine, UT 84004
*Via U.S. Mail*

4

1 Beltway LLC
409 W. 11th Street
Sterling, IL 61081
*Via U.S. Mail*

301 W 3rd Street Sterling Ind. LLC
c/o Parkland Hall @ Old Parkland
3889 Maple Ave., Ste 500
Dallas, TX 75219
*Via U.S. Mail*

Al AB LLC
301 W. 3rd Street
Sterling, IL 61081
*Via U.S. Mail*

Airgas North Central
PO Box 734445
Chicago, IL 60673
*Via U.S. Mail*

Airo Steel Corporation
24876 Network Place
Chicago, IL 60673
*Via U.S. Mail*

App Extremes LLC d/b/a Conga
PO Box 7839
Broomfield, CO 80021
*Via U.S. Mail*

Bales Mold Service
2824 Hitchcock Ave.
Downers Grove, IL 60515
*Via U.S. Mail*

Bearing Distributors
PO Box 74493
Cleveland, OH 44194
*Via U.S. Mail*

Blue Cross Blue Shield
PO Box 650615
Dallas, TX 75265-0615
*Via U.S. Mail*

Capital One Bank
PO Box 6492
Carol Stream, IL 60197
*Via U.S. Mail*

Encova Insurance
PO Box 11285
Charleston, WV 25339-1285
*Via U.S. Mail*

JIE Drives
279 Madsen Dr., Suite 101
Bloomingdale, IL 60108
*Via U.S. Mail*

Loescher Heating & Air Conditioning
1860 South Walnut Ave.
Freeport, IL 61032
*Via U.S. Mail*

Malloy Electric
809 W. Russell Ave.
Sioux Falls, SD 57104-1360
*Via U.S. Mail*

MasterCard
Card Service Center
PO Box 569100
Dallas, TX 75356
*Via U.S. Mail*

MSC Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195-3635
*Via U.S. Mail*

Nord Gear Corporation
29287 Network Place
Chicago, IL 60673
*Via U.S. Mail*

Reparex Fabricated Systems Inc.
5058 Center Drive
Latrobe, PA 15650
*Via U.S. Mail*

5

United Electric
1412 W. Route 30
Rock Falls, IL 61071
*Via U.S. Mail*

Universal Traffic Service
PO Box 888470
Grand Rapids, MI 49588-8470
*Via U.S. Mail*

20851\00001\4929-8510-1235.v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

IN RE:                         )

                           )    No. 26-80841

ROTARY AIRLOCK, LLC,        )    Chapter 11

                           )    Hon. Thomas M. Lynch

      *Debtor/Debtor-in-Possession.*    )

_____)

**MOTION FOR EMPLOYMENT OF FINANCIAL ADVISOR**

ROTARY AIRLOCK, LLC,  Debtor/Debtor-in-Possession (the "Debtor") herein, by and through its Attorneys, makes its Motion pursuant to Sections 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for entry of an order authorizing the Debtor to employ Patrick J. O'Malley and Development Specialists, Inc. ("DSI") as its financial advisor in this Chapter 11 case (the "Motion"); and in support thereof, states as follows:

**INTRODUCTION**

1. On May 20, 2026, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code thereby commencing this Chapter 11 case (the "Petition Date").

2. The Debtor is operating its business and managing its financial affairs as Debtor in Possession.  No trustee or examiner has been appointed to serve in this Chapter 11 case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

5. The statutory predicates for the relief requested in this Motion are Section 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

1

20851\00001\4929-8510-1235.v1

**RELEVANT BACKGROUND**

6. The Debtor is a family-owned, American-made manufacturing company based in Sterling/Rock-Falls, Illinois that manufactures, rebuilds and produces rotary valves for over 1,000 customers throughout the United States and Canada, including processors in plastics, chemicals, pharmaceuticals, dairy, baby formula, soybean processing, flour milling, aggregates, fly ash, ethanol and food production. The rotary valves manufactured by the Debtor are used across industries that pneumatically convey dry bulk and powdered materials and are welded and machined from cast iron, mild steel and various grades of stainless steel.

7. The Debtor has been in business for over 30 years and primarily operates from the premises at 1104 East 17th Street, Rock Falls, Illinois (which is owned by the Debtor) as well as from three other properties (one of which is owned by the Debtor and two of which are leased by the Debtor). The Debtor employs approximately 58 people.

8. The Debtor had annual gross revenues of $18,650,000.00 in 2024, $17,864,000.00 in 2025 and $4,900,000.00 year to date in 2026 (as of May 8, 2026). The Debtor has engaged Patrick O'Malley and Development Specialists, Inc. ("DSI") as its financial advisor in this Chapter 11 case.

**The Fraud by Rocky McGowan**

9. Rocky McGowan ("Rocky"), the Debtor's former General Manager during the relevant periods of 2024 through early 2026, exercised authority and practical control over the Debtor's business, assets, accounts and financing activity. During this time, Rocky engaged in extensive misconduct as to the Debtor wherein, among other things, he made unauthorized cash withdrawals from the Debtor's accounts in the aggregate amount of $946,805.64, used the Debtor's corporate credit card for personal use in the net amount of $275,588.02 and caused the

2

Debtor to enter into various unauthorized financing transactions with third party merchant lenders (the "Merchant Lenders") for total proceeds of $3,079,263.99, of which he diverted $2,953,249.62 of these funds to unrelated companies owned and controlled by Rocky (the "M5 Companies").[1]

10.     On April 13, 2026, the Debtor and its principals filed a lawsuit against Rocky and the M5 Companies to recover for the above-described misconduct relating to the M5 Transfers and otherwise in the Circuit Court of the 14th Judicial Circuit, County of Whiteside, Illinois, case number 2026 LA 17 (the "Rocky Litigation"). In the Rocky Litigation, the Debtor seeks compensatory damages against Rocky and the M5 Companies in an amount in excess of $4,200,000.00 plus punitive damages and other relief for conversion, fraud, breach of fiduciary duty, accounting and the imposition of a constructive trust.

11.     The fraud and misconduct by Rocky and the M5 Transfers have adversely affected the Debtor's business operations, greatly impaired the Debtor's ability to pay its creditors and wrongfully exposed the Debtor to claims of the Merchant Lenders for which the Debtor received no meaningful economic benefit. These consequences are the reasons for the Debtor's financial problems and are the triggering events for the filing of this Chapter 11 case.

**The Secured Lenders**

12.     The Secured Lenders, which include Central Bank, Illinois ("Central Bank"), the United States Small Business Administration (the "SBA"), and the Merchant Lenders (as defined below), assert liens and security interests against virtually all of the Debtor's assets to secure underlying indebtedness due from the Debtor under the collective loan documents.

13.     Beginning in April 2023 and thereafter, the Debtor entered into a series of secured loan transactions with Central Bank, as the successor lender to Sauk Valley Bank & Trust Co.

---

[1] The M5 Companies are unrelated to the Debtor. The funds from the Merchant Lenders diverted to the M5 Companies are referred to in this Motion as the "M5 Transfers."

("Sauk Valley"),[2] wherein Central Bank and the Debtor entered into Commercial Loan Agreements, Security Agreements, Promissory Notes, mortgages and other related loan documents and amendments evidencing loans to the Debtor inclusive of a line of credit to the Debtor in the maximum amount of $7,000,000.00 (the "Central Bank Line of Credit").

14.    Central Bank is asserting first position liens on all of the Debtor's assets to secure a claim in the aggregate amount of approximately $12,000,000.00 as of the Petition Date. Central Bank filed UCC-1 financing statements on or about April 17, 2023, further providing for and perfecting liens on "ALL ASSETS OF THE DEBTOR NOW OWNED OR HEREAFTER ACQUIRED." Central Bank also similarly recorded its various mortgage liens on the Debtor's real estate.

15.    On or about July 22, 2020, the SBA made a secured loan to the Debtor in the principal amount of $2,000,000.00, secured by substantially all of the Debtor's assets including, but not limited to, inventory, equipment, accounts, commercial tort claims, general intangibles and proceeds thereof (the "SBA Loan"). The terms of the SBA Loan (which is an Economic Injury Disaster Loan "EIDL") are embodied in an Amended Loan Authorization and Agreement, Amended Security Agreement, 2nd Modification of Note and Amended Unconditional Guarantees.[3] The SBA recorded a UCC-1 financing statement on or about August 6, 2020, perfecting its liens and security interests on the Debtor's assets. The unpaid balance on the SBA Loan is approximately $1,800,000.00.[4]

---

[2] Dating as far back as 2003, Sauk Valley was the Debtor's primary secured lender with perfected liens and security interests on all of the Debtor's assets. At the time that Central Bank became the successor lender to Sauk Valley, Sauk Valley, through filings with the Illinois Secretary of State, assigned its perfected liens and security interests to Central Bank.

[3] The SBA Loan documents are available for review from Debtor's Counsel.

[4] The SBA Loan is subordinate to the Central Bank Loans.

16.     As explained in more detail in the Debtor's Motion For Authority to Obtain Post-Petition Secured Financing, to Use Cash Collateral, and For Related Relief (Docket No. 3) (the "Financing Motion"), unauthorized pre-petition advances were made by Austin Business Finance, LLC, TVT Capital Source, LLC, Madison Group[5], EN OD Capital, Litefund Solutions, LLC and Core Funding, Source, LLC (the "Merchant Lenders"[6]). The Debtor received little, if any, benefit from these advances with the vast majority of the proceeds being diverted by Rocky to the M5 Companies.[7]

17.     The Debtor utilizes the Central Bank Line of Credit to pay its operating expenses and creditors. This Court has entered an Interim Order authorizing the Debtor to borrow funds under the Central Bank Line of Credit and to use cash collateral pursuant to the terms and conditions of Central Bank's pre-petition loan documents.[8] A final hearing on the Financing Motion is scheduled for July 8, 2026 at 11:00 a.m.

## EMPLOYMENT OF FINANCIAL ADVISOR

18.     The Debtor has selected DSI for the reason that they have considerable experience in matters of this nature and are well qualified to perform the services as required in this bankruptcy

---

[5] The documents relating to the Madison Group identify "M5 Industries", not the Debtor, as the merchant. All corporate signatures and identifications on the Madison Group documents are for M5 Industries, not the Debtor. Yet, on the Madison Group documents, Rocky identified the Debtor's account at Central Bank as the relevant bank account for M5 Industries – clearly a false statement. Madison Group has made a demand on an account debtor of the Debtor for payment on the amount due from M5 Industries. Nothing in this Motion relating to the Madison Group should be construed as a waiver of any claims of the Debtor against the Madison Group (or any other Merchant Lender) or as an acknowledgement that the Madison Group (or any other Merchant Lender) is a creditor of the Debtor.

[6] To the extent that the Merchant Lenders have legitimate claims, which the Debtor disputes, such claims are subordinate to the secured claims of Central Bank and the SBA.

[7] The Merchant Lenders may assert that these advances were sales of unidentified accounts receivable by the Debtor and not loans. However, the underlying documents of the Merchant Lenders establish that these advances were not sales but were (disputed) loans with recorded financing statements and exorbitant interest rates and repayment terms. Copies of the documents relating to the advances by the Merchant Lenders are available for review from Debtor's Counsel.

[8] See Interim Order Authorizing Interim Post-Petition Secured Financing, Use of Cash Collateral and Granting Related Relief (Docket No. 24).

20851\00001\4929-8510-1235.v1

case. Attached to this Motion as **Exhibit A** is a copy of the engagement letter between DSI and the Debtor. The Debtor originally retained DSI on May 1, 2026 (Exhibit A), with a retainer of $25,000.00. The Debtor then replenished the retainer on May 8, 2026, for purposes of this Chapter 11 case with a retainer of $25,000.00.

19. The Debtor further states that it is necessary to employ and have the aid of a duly qualified financial advisor to render the following professional services, namely:

A) Update posting to the Debtor's accounting system.

B) Prepare budgets of weekly cash flows in support of financing and the use of cash collateral.

C) Prepare variance reporting of actual weekly cash flows.

D) Prepare monthly operating reports.

E) Prepare financial projections in support of a plan of reorganization.

F) Perform other tasks as may be agreed to by DSI and directed by the Debtors and/or the Court.

20. To the best of the Debtor's knowledge, and pursuant to the Affidavit attached hereto as **Exhibit B** and incorporated by reference herein, DSI does not hold any interest adverse to the Debtor or the estate in the matters upon which they are to be engaged herein.

21. Employment of DSI is in the best interests of the Debtor and this estate.

22. As set forth in paragraph 18 of this Motion, DSI was paid two (2) separate pre-petition retainers. The professional services rendered by DSI to the Debtor through May 19, 2026 (the day prior to the Petition Date) in the amount of $21,901.50 were paid in full by the Debtor through application of the first retainer. Therefore, the remaining balance of the retainer for application against post-petition professional services rendered by DSI (pursuant to a prior Order

6

of this Court) in this Chapter 11 case is $28,098.50. Importantly, as of the Petition Date, DSI has no claim against the Debtor.

23.     All compensation and reimbursement of expenses to DSI arising in this Chapter 11 case are subject to the further Order of this Court.

WHEREFORE, ROTARY AIRLOCK, LLC, Debtor/Debtor-in-Possession, requests the entry of an Order authorizing the employment of Patrick J. O'Malley and Development Specialists, Inc., as its financial advisors herein, effective as of May 20, 2026, to perform all necessary legal services for the Debtor while the Debtor is in this bankruptcy case with compensation subject to the further Order of this Court and granting such other relief as may be just and appropriate.

<div style="margin-left:50%">

Respectfully submitted,

ROTARY AIRLOCK, LLC,
*Debtor/Debtor-in-Possession*

By: */s/David K. Welch*
  One of Its Attorneys

</div>

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
dwelch@burkelaw.com
Brian P. Welch, Esq. (Atty. No. 6307292)
bwelch@burkelaw.com
Madeleine J. Coate, Esq. (Atty. No. 6345291)
mcoate@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

20851\00001\4929-8510-1235.v1